IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TESHA RILEY, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 2:07CV659-wha |
| vs. ) | |
| ) | |
| MADIX, INC., ) | |
| | |
| Defendant. | |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Pursuant to Rule 4.1 of the Alabama Rules of Civil Procedure and Rule 4(c)(2)(C)(i) of the Federal Rules of Civil Procedure, plaintiff requests that defendant be served by certified mail.

Respectfully submitted,

/s/ Adam M. Porter

Adam M. Porter
Attorney for Plaintiffs
2301 Morris Avenue
Suite 102
Birmingham, Alabama 35203
(205) 322-8999