IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TESHA RILEY,<br><br>  Plaintiff,<br><br>vs.<br><br>MADIX, INC.,<br><br>  Defendant. | )<br>)<br>)<br>) Civil Action No.<br>)<br>) 2:07CV659-WHA<br>)<br>)<br>) |

## SUMMONS

TO DEFENDANT: <u>Madix, Inc., c/o Walter S. Dowdle, Registered Agent Highway 9 Goodwater, AL 35072</u>. You are hereby summoned and required to serve upon Plaintiff's attorney: <u>Adam M. Porter 2301 Morris Ave., Suite 102 Birmingham, AL 35203</u> a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: <u>July 19, 2007</u>    DEBRA P. HACKETT, CLERK
              By: _/s/_
              Deputy Clerk

              (SEAL OF COURT)

NOTE: A separate summons must be
    prepared for each defendant.

              CLERK, U.S. DISTRICT COURT
              MIDDLE DISTRICT OF ALABAMA
              1 Church St.
              Montgomery, AL 36104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                        *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.