IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TESHA RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:07-CV-00659-WHA-SRW |
| | ) |
| MADIX, INC. | ) |
| | ) |
| Defendant. | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Defendant Madix, Inc. is incorporated in the state of Texas. All stock is privately owned and is not publicly traded.

Dated this 10th day of August, 2007.

Respectfully submitted,

/s/ Elmer E. White III
Elmer E. White III
THE KULLMAN FIRM
600 University Park Place, Suite 340
Birmingham, Alabama 35209
(205) 871-5858 Phone
(205) 871-5874 Fax
E-Mail: eew@kullmanlaw.com
AL Bar # ASB-1638-E35E

ONE OF THE COUNSEL FOR DEFENDANT,
Madix, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Adam M. Porter, Esq.
>2301 Morris Avenue, Suite 102
>Birmingham, Alabama 35203
>adamporter@earthlink.net

>Respectfully submitted,
>
>/s/ Elmer E. White III
>Elmer E. White III
>THE KULLMAN FIRM
>600 University Park Place, Suite 340
>Birmingham, Alabama 35209
>(205) 871-5858 Phone
>(205) 871-5874 Fax
>E-Mail: eew@kullmanlaw.com
>AL Bar # ASB-1638-E35E