IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TESHA RILEY, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | 2:07-CV-00659-WHA-SRW |
| vs. | ) | |
| | ) | |
| MADIX, INC., | ) | |
| | ) | |
| Defendant. | | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to FRCP Rule 41(a)(1)(ii), the parties jointly stipulate to dismissal of this action with prejudice, the parties to bear their own costs and fees.

Respectfully submitted,

_____
Adam M. Porter
Attorney for Plaintiff
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
Phone: (205) 322-8999
Facsimile: (205) 322-8915

_____
Elmer E. White III
Attorney for Defendant
The Kullman Firm
600 University Park Place, Suite 340
Birmingham, Alabama 35209-6786
(205) 871-5858  Phone
(205) 871-5874  Fax